# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                               CASE NO.  3:89cr-03118-03/RV

MICHAEL J. ROBINSON

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on  March 17, 2006

Motion/Pleadings:  MOTION for relief from judgment of sentence, pursuant to Fed. R. Civ. Pro. Rule 60(b)(1)(4)(5) & (6)

Filed by  Defendant  on 2/16/2006  Doc.#  203

RESPONSES:

  United States  on 3/09/2006  Doc.#  204

    on   Doc.#

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)  Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  21st  day of  March , 2006, that:*

*((a) The requested relief is DENIED.*

*(b) This motion is, in fact, an attempt at a second 2255 petition, which is prohibited and without jurisdiction.*

*(c) In the alternative, the motion is insufficient on the merits as a Rule 60 motion.*

/s/ *Roger Vinson*
***ROGER VINSON***
***Senior United States District Judge***